NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Keith A. Fink, Bar No. 146841
Sarah E. Hernandez, Bar No. 206305
FINK & STEINBERG
Attorneys at Law
11500 Olympic Boulevard, Suite 316
Los Angeles, California 90064
Telephone: (310) 268-0780
Facsimile: (310) 268-0790

ATTORNEYS FOR: Plaintiffs Hector Navarro, Mike Shirinian, et al.

FILED
12 SEP 18 PM 2:54
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR NAVARRO, MIKE SHIRINIAN, ANTHONY PINKINS, KEVIN MALONE and REUBEN CASTRO,<br><br>Plaintiff(s),<br>v.<br><br>MERCEDES BENZ OF ENCINO, a Corporation,<br><br>Defendant(s) | CASE NUMBER:<br>**CV12-08051 RGK (MRWx)**<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Plaintiffs Hector Navarro, Mike Shirinian, Anthony Pinkins, Kevin Malone, et al.
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Hector Navarro | Plaintiff |
| Mike Shirinian | Plaintiff |
| Anthony Pinkins | Plaintiff |
| Kevin Malone | Plaintiff |
| Reuben Castro | Plaintiff |
| Mercedes Benz of Encino | Defendant |

September 17, 2012
Date

Sign _____
Sarah E. Hernandez
Attorney of record for or party appearing in pro per