**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| HECTOR NAVARRO; MIKE SHIRINIAN; ANTHONY PINKINS; KEVIN MALONE; REUBEN CASTRO, *Plaintiffs-Appellants*, <br><br> v. <br><br> ENCINO MOTORCARS, LLC, erroneously sued as Mercedes Benz of Encino, *Defendant-Appellee*. | No. 13-55323 <br><br> D.C. No. 2:12-cv-08051-RGK-MRW <br><br><br> ORDER |

On Remand from the United States Supreme Court

Filed July 19, 2018

Before: Susan P. Graber and Kim McLane Wardlaw, Circuit Judges, and James C. Mahan,[*] District Judge.

**ORDER**

On remand from the Supreme Court, *Encino Motorcars, LLC v. Navarro*, 138 S. Ct. 1134 (2018), no further issues remain.  The district court's judgment is **AFFIRMED**.

---

[*] The Honorable James C. Mahan, United States District Judge for the District of Nevada, sitting by designation.