UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 27 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

HECTOR NAVARRO; et al.,

        Plaintiffs - Appellants,

 v.

ENCINO MOTORCARS, LLC, erroneously sued as Mercedes Benz of Encino,

        Defendant - Appellee.

No. 13-55323

D.C. No. 2:12-cv-08051-RGK-MRW
U.S. District Court for Central California, Los Angeles

**MANDATE**

The judgment of this Court, entered July 19, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Craig Westbrooke
        Deputy Clerk
        Ninth Circuit Rule 27-7