## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:12-cv-08051-RGK-MRW     Date September 12, 2018

Title: HECTOR NAVARRO, et al. v. MERCEDES BENZ OF ENCINO

Present: The Honorable R. GARY KLAUSNER, U.S. District Judge

| Sharon Williams | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                 Not Present

Proceedings:   ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated 07/27/2018 DE 85 .

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____ .

Initials of Preparer     sw